UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR26-012 TL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ORBIN HERNANDEZ-VELASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

1.  Possession of Controlled Substances with Intent to Distribute

2.  Possession of a firearm in Furtherance of a Drug Trafficking Crime.

Date of Detention Hearing:    January 29, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.     Defendant poses a danger to the community based on his recent and significant criminal history involving possession of a weapon and controlled substances.   The current allegations include possession of large amounts of controlled substances coupled with possession of a firearm, which poses significant danger to the community.

3.     Defendant also poses a flight risk.   His wife and child live in Honduras.   He also has an ex-partner and child in California.   Although he does have a brother in this District, he does not have significant ties to the community here.   His criminal history indicates a pattern of movement throughout the United States, with recent charges in Utah, California, and Arizona.   The current charges involve a 15-year mandatory minimum sentence, posing an incentive to flee.

4.     There does not appear to be any condition or combination of conditions that will assure Defendant's appearance and address the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 29th Day of January, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3